UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| PETER NEKIC | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-358 |
| | ) | *Greer/Inman* |
| STEVE BURNS and NEIL MATHEWS | ) | |

## MEMORANDUM

This *pro se* pretrial detainee's civil rights action under 42 U.S.C. § 1983 against Greene County Sheriff Steve Burns and Greene County Detention Center Administrator Neil Mathews is set for trial in three weeks. By scheduling order entered in this case, plaintiff was ordered to file his pretrial narrative statement on or before April 15, 2014, (Doc. 15, Order of October 10, 2013). That date has come and gone and plaintiff has failed to file his pretrial narrative statement or otherwise respond to the scheduling order, despite the Court's warning that his failure to file that statement would result in the dismissal of his lawsuit.

Accordingly, this case will be dismissed for want of prosecution and for plaintiff's failure to comply with the orders of the Court. Fed.R.Civ.P. 41(b).

A separate order of dismissal will enter.

**ENTER**:

      s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE